**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

TERRY LEE ODOM,

    Plaintiffs,

v.                                                                  Case No. 5:25-cv-00193-JSM-PRL

VERIZON WIRELESS SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.
_____

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT TRANS UNION LLC**

IT IS HEREBY STIPULATED AND AGREED, that Plaintiff, Terry Lee Odom, and Defendant, Trans Union LLC ("Trans Union") have resolved the claims between them. All Parties, by and through respective undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby file this Joint Stipulation of Dismissal with Prejudice. Plaintiff and Trans Union shall each bear their own attorneys' fees and costs.

Dated: December 10, 2025

                          *Respectfully submitted,*

| | |
|---|---|
| **SHARMIN & SHARMIN, P.A.** | **SQUIRE PATTON BOGGS LLP** |
| 830 North Federal Highway | 200 S. Biscayne Blvd., Suite 3400 |
| Lake Worth, FL 33460 | Miami, FL 33131 |
| Telephone: 561-655-3925 | Telephone: (305) 577-7000 |

| | |
|---|---|
| Fax: 844-921-1022 | Facsimile: (305) 577-7001 |
| */s/ Eiman Sharmin* | */s/ Jason Joffe* |
| Eiman Sharmin, Esq. | Jason Joffe, Esq. |
| FBN: 716391 | FBN: 0013564 |
| Email: eiman@sharminlaw.com | Email: jason.joffe@squirepb.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Equifax Information Services, LLC* |

**BUCHANAN INGERSOLL & ROONEY PC**
401 E. Jackson Street, Suite 2400
Tampa, FL 33602-5236
Tel: 813-222-8180
Fax: 813-222-8189

*/s/ Victor Silva*
Victor Silva, Esquire
Florida Bar No. 1059856
Email: victor.silva@bipc.com

*Counsel for Defendant TransUnion, LLC*

**JONES DAY**
1221 Peachtree Street N.E.
Suite 400
Atlanta, Georgia 30361
Phone: (404) 581-8023

*/s/ Grant Edward Lavelle Schnell*
Grant Edward Lavelle Schnell, Esq.
Florida Bar No. 108109
gschnell@jonesday.com

*Attorney for Defendant Experian Information Solutions, Inc*